EXHIBIT A



# Your MGM
# Credit Card Statement

**KELLY TRAN**
Account number ending in 4753
For billing cycle ending 08/03/2023

| New Balance | Minimum Payment | Payment Due |
|---|---|---|
| $1,836.16 | $40.00 | 09/01/2023 |

## Your Account Summary

| | |
|---|---|
| Previous Balance | $215.26 |
| Payments | -$125.00 |
| Other Credits | $0.00 |
| Purchases | $1,729.64 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $16.26 |
| **New Balance** | **$1,836.16** |
| Statement Closing Date | 08/03/23 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $16,500.00 |
| Available Credit | $14,663.00 |
| Cash Limit | $3,300.00 |
| Available Cash | $3,300.00 |

## Your Payment Information

| | |
|---|---|
| New Balance | $1,836.16 |
| Minimum Payment Due | $40.00 |
| Past Due Amount | $0.00 |
| Payment Due Date | 09/01/2023 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $3,734 |
| $73 | 3 years | $2,628 (Savings $1,106) |

If you would like information about credit counseling services, call 1-866-486-6322.

Issued by First National Bank of Omaha (FNBO®).

---

Pay your bill and manage your account online at card.fnbo.com/mgmrewards



| Account Number XXXX-XXXX-XXXX-4753 | | |
|---|---|---|
| New Balance | Minimum Payment | Payment Due |
| $1,836.16 | $40.00 | 09/01/2023 |

Amount Enclosed: $

Make checks payable to FNBO or pay online at card.fnbo.com/mgmrewards.

KELLY TRAN
APT 146
210 N BEECHWOOD AVE
RIALTO CA 92376-7910

FNBO
P.O. Box 2557
Omaha, NE 68103-2557

☐ Change of Address? If yes, please complete the reverse side of the form.

5466179240664753    0000000004000    000000183616

**MGM REWARDS.**

**KELLY TRAN**
Account number ending in 4753
Transactions for billing cycle ending 08/03/23

**TOTAL POINTS EARNED**

**1,839**

Use your card to earn **3** MGM Mastercard Points per $1 spent on MGM Rewards Purchases[1]  **2** MGM Mastercard Points per $1 spent on gas and supermarket purchases  **1** MGM Mastercard Points per $1 spent on all other Net purchases

Point activity summary for the period covered by this statement:

- 0 MGM Mastercard Points earned on MGM Rewards Purchases
- 217 MGM Mastercard Points earned on Gas and Supermarket Purchases
- 1,622 MGM Mastercard Points earned on all other Net Purchases
- 0 Bonus MGM Mastercard Points earned
- 1,839 Total MGM Mastercard Points earned and sent to your MGM Rewards account

All MGM Mastercard Points will be reported to your MGM Rewards account. You can redeem your MGM Rewards Points by accessing your MGM Rewards account online at www.mgmrewards.com.

[1] Made at participating MGM Rewards Destinations and their respective websites and at participating merchants located on the premises of participating MGM Rewards Destinations.

**Review your Reward Terms and Conditions for details including earning, redemption, expiration, or forfeiture.**

250

## TRANSACTION DETAIL

**Payments and Other Credits**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 07-10 | 07-10 | 85411173191027555159665 | PAYMENT - THANK YOU | $50.00 CR |
| 07-17 | 07-17 | 85411173198027555150865 | PAYMENT - THANK YOU | $75.00 CR |

**Transactions**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 07-05 | 07-06 | 55432863186200996031162 | SQ *HOT POT MINI WORKS Ontario CA | $86.49 |
| 07-06 | 07-07 | 55546503188400719000063 | PHO 62 GRILL & NOODLE RIALTO CA | $25.12 |
| 07-08 | 07-10 | 12302023189000903680135 | McDonalds 35661 RIALTO CA | $44.35 |
| 07-08 | 07-10 | 55429503189852067241262 | PAYPAL *EBAY US 4029357733 CA | $14.92 |
| 07-09 | 07-10 | 55432863191202376642967 | CINEMARK 1147 TIX RIALTO CA | $11.84 |
| 07-11 | 07-12 | 05436843193500149203541 | PY *COFFEE NUTZZ RENAI RIALTO CA | $25.45 |
| 07-12 | 07-13 | 55432863194203360011836 | KRISPY KREME DOUGHNUTS ONTARIO CA | $37.48 |
| 07-13 | 07-14 | 55434033194249113698963 | Temu.com Boston MA | $74.04 |
| 07-13 | 07-14 | 05140483194740291624174 | 99 RANCH #1035 RANCHO CUCAMO CA | $28.70 |
| 07-13 | 07-17 | 75207993195900014100114 | FONTANA PHO FONTANA CA | $32.70 |

## Transactions

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 07-14 | 07-17 | 55429503195852318413001 | PAYPAL *STARBUCKS 4029357733 WA | $100.00 |
| 07-15 | 07-17 | 55432863197204371043609 | CINEMARK 1147 TIX RIALTO CA | $24.80 |
| 07-18 | 07-19 | 55434033199249114915973 | Temu.com Boston MA | $72.70 |
| 07-19 | 07-21 | 25247803201001576195632 | IN N OUT BURGER 286 RIALTO CA | $24.35 |
| 07-20 | 07-21 | 55263523202091000200396 | POPEYES 10501 RIALTO CA | $19.91 |
| 07-21 | 07-24 | 55429503202852595002569 | PAYPAL *STARBUCKSSE 4029357733 WA | $11.40 |
| 07-23 | 07-24 | 55432863204206568636047 | Spectrum 855-707-7328 MO | $49.99 |
| 07-24 | 07-25 | 82300093206000001381039 | SP HYDROSHOWERJET WINNIPEG MB | $34.99 |
| 07-24 | 07-25 | 82300093206000001382565 | SP HYDROSHOWERJET WINNIPEG MB | $34.99 |
| 07-25 | 07-26 | 82711163206000010644744 | ALILYSHOW.COM DENVER CO | $38.98 |
| 07-25 | 07-26 | 55429503207852766557818 | PAYPAL *STARBUCKSSE 4029357733 WA | $19.35 |
| 07-26 | 07-26 | 15270213207000034728726 | aliexpress San Mateo CA | $40.59 |
| 07-24 | 07-27 | 55429503207852730967887 | PAYPAL *TEMU 4029357733 MA | $26.16 |
| 07-28 | 07-28 | 15270213209000677475856 | aliexpress San Mateo CA | $23.10 |
| 07-27 | 07-31 | 55429503209852863687623 | PAYPAL *HULU 4029357733 CA | $14.99 |
| 07-27 | 07-31 | 55263523209091556002058 | 85C BAKERY CAFE USA- CUCAMONGA CA | $22.32 |
| 07-27 | 07-31 | 55429503210852839454725 | PAYPAL *TEMU 4029357733 MA | $85.45 |
| 07-29 | 07-31 | 52704873211796905972012 | PIN-UP PIZZA LAUGHLIN NV | $31.90 |
| 07-29 | 07-31 | 52704873211796839526900 | SMASHBURGER LAUGHLIN NV | $28.51 |
| 07-29 | 07-31 | 52704873211750619399822 | HARRAHS ARCADE LAUGHLIN NV | $180.00 |
| 07-30 | 08-01 | 52704873212796984079399 | SMASHBURGER LAUGHLIN NV | $38.89 |
| 07-31 | 08-01 | 52653843213091437000108 | WINGSTOP 1634 OLO FONTANA CA | $39.69 |
| 07-31 | 08-01 | 52704873212796080991828 | HARRAHS CASINO LAUGHLI LAUGHLIN NV | $55.13 |
| 08-01 | 08-02 | 82305093213000012967517 | LEMONADE I* LEMONADE I NEW YORK CITY NY | $9.34 |
| 08-01 | 08-02 | 55432863213209375059964 | SQ *HOT POT MINI WORKS ONTARIO CA | $27.66 |
| 08-01 | 08-02 | 22303793213000046074150 | 7-ELEVEN 33442 RIALTO CA | $57.00 |
| 07-31 | 08-03 | 55429503214852011030026 | PAYPAL *TEMU 4029357733 MA | $191.37 |
| 07-31 | 08-03 | 55429503214852015118512 | PAYPAL *AVIAGAMES 4029357733 CA | $12.99 |
| 08-02 | 08-03 | 55429503214852090699386 | PAYPAL *STARBUCKSSE 4029357733 WA | $30.00 |

## Fees Charged

| | |
|---|---|
| **Total Fees for this period** | $0.00 |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $16.26 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balance Transfers | $0.00 |
| **Total Interest for this Period** | $16.26 |

**Charge Summary** Your Annual Percentage Rate (APR) is the annual interest rate on your account   (v) Variable rate   (f) Fixed rate

| | Annual Percentage Rate (APR) | Special Offer or Eligible Purchases APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 24.74% (v) | NA | $827.27 | 29 | $16.26 |
| Cash Advance | 24.74% (v) | NA | $0.00 | 29 | $0.00 |



**Your MGM
Credit Card Statement**

---

**KELLY TRAN**
Account number ending in 4753
For billing cycle ending 09/05/2023

| New Balance | Minimum Payment | Payment Due |
|---|---|---|
| $5,948.86 | $0.00 | 10/01/2023 |

---

### Your Account Summary

| | |
|---|---|
| Previous Balance | $1,836.16 |
| Payments | -$75.00 |
| Other Credits | -$50.84 |
| Purchases | $4,238.54 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$5,948.86** |
| Statement Closing Date | 09/05/23 |
| Days in Billing Cycle | 33 |
| Total Credit Limit | $16,500.00 |
| Available Credit | $0.00 |
| Cash Limit | $3,300.00 |
| Available Cash | $0.00 |

### Your Payment Information

| | |
|---|---|
| New Balance | $5,948.86 |
| Minimum Payment Due | $0.00 |
| Past Due Amount | $0.00 |
| **Payment Due Date** | **10/01/2023** |

**Minimum Payment Warning:** Even if you make no more charges using this card, if you make only the minimum payment each month we estimate you will never pay off the balance shown on this statement because your payment will be less than the interest charged each month.

If you would like information about credit counseling services, call 1-866-486-6322.

---

Issued by First National Bank of Omaha (FNBO®).

---

Pay your bill and manage your account online at card.fnbo.com/mgmrewards



Account Number XXXX-XXXX-XXXX-4753

| New Balance | Minimum Payment | Payment Due |
|---|---|---|
| $5,948.86 | $0.00 | 10/01/2023 |

Amount Enclosed: $ _____

Make checks payable to FNBO or pay online at card.fnbo.com/mgmrewards.

KELLY TRAN
APT 146
210 N BEECHWOOD AVE
RIALTO CA 92376-7910

FNBO
P.O. Box 2557
Omaha, NE 68103-2557

☐ Change of Address? If yes, please complete the reverse side of the form.

5466179240664753   0000000000000   0000000594886

**MGM REWARDS**

**KELLY TRAN**
Account number ending in 4753
Transactions for billing cycle ending 09/05/23

## TRANSACTION DETAIL

### Payments and Other Credits

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 08-08 | 08-08 | 85411173220027555222716 | PAYMENT - THANK YOU | $75.00 CR |
| 08-12 | 08-14 | 55429503225852529785993 | PAYPAL *TEMU 4029357733 MA | $30.69 CR |
| 08-28 | 08-28 | 55432863240207479939369 | CNK*CINEMARK.COM 1147 800-246-3627 CA | $5.28 CR |
| 08-28 | 08-28 | 55432863240207479939377 | CNK*CINEMARK.COM 1147 800-246-3627 CA | $14.87 CR |

### Transactions

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 08-01 | 08-04 | 55429503215852052031668 | PAYPAL *TEMU 4029357733 MA | $120.76 |
| 08-01 | 08-04 | 55429503215852052086050 | PAYPAL *TEMU 4029357733 MA | $16.79 |
| 08-02 | 08-07 | 55429503216852093087397 | PAYPAL *TEMU 4029357733 MA | $86.48 |
| 08-06 | 08-09 | 55429503220852262951914 | PAYPAL *TEMU 4029357733 MA | $19.94 |
| 08-08 | 08-09 | 55546503221400712000085 | PHO 62 GRILL & NOODLE RIALTO CA | $16.05 |
| 08-08 | 08-09 | 72301823220900010300023 | GEORGES BURGERS 7 FONTANA CA | $12.43 |
| 08-09 | 08-10 | 55432863222201946666921 | SQ *KONA ICE Corona CA | $16.16 |
| 08-09 | 08-10 | 52653843222091108000105 | SALVI-NATION FOOD TRUC IRWINDALE CA | $17.91 |
| 08-09 | 08-10 | 52704873222838001807853 | RITE AID 06482 FONTANA CA | $12.00 |
| 08-09 | 08-10 | 55432863222202045480412 | KRISPY KREME DOUGHNUTS ONTARIO CA | $23.08 |
| 08-09 | 08-11 | 25247803222000650883365 | WIENERSCHNITZEL 544 RIALTO CA | $12.91 |
| 08-10 | 08-11 | 82117553222000000316578 | SNACK* SOMI SOMI ONTAR SAN FRANCISCO CA | $20.28 |
| 08-10 | 08-11 | 55310203223091665000013 | BIG SKYY BISTRO, INC RIVERSIDE CA | $47.46 |
| 08-10 | 08-14 | 25247803223000738035169 | IN N OUT BURGER 286 RIALTO CA | $27.91 |
| 08-11 | 08-14 | 55432863223202537059756 | SOUTHERN CAL* EDISON 800-655-4555 CA | $328.42 |
| 08-11 | 08-14 | 55432863223202537064855 | JP MORGAN CH*ASE FEE 866-330-7329 NY | $1.65 |
| 08-11 | 08-14 | 55436873223272235414475 | STATE OF CALIF DMV INT SACRAMENTO CA | $163.00 |
| 08-11 | 08-14 | 82305093224000003073769 | SP THE LIFESTYLED CO. QUEENS NY | $44.85 |
| 08-11 | 08-14 | 55436873224172246468073 | CA DMV FEE KNOXVILLE TN | $3.18 |
| 08-11 | 08-14 | 55432863223202501276436 | SQ *HOT POT MINI WORKS Ontario CA | $28.28 |

Transactions

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 08-12 | 08-14 | 25247803225000871153322 | IN N OUT BURGER 286 RIALTO CA | $16.76 |
| 08-12 | 08-14 | 55432863224202673084815 | CNK*CINEMARK.COM 1147 800-246-3627 CA | $23.98 |
| 08-12 | 08-14 | 55263523225091000201124 | POPEYES 10501 RIALTO CA | $31.23 |
| 08-13 | 08-14 | 05436843226500159902736 | PY *COFFEE NUTZZ RENAI RIALTO CA | $21.25 |
| 08-16 | 08-17 | 55483823229091000102474 | WAL-MART #1756 FONTANA CA | $232.52 |
| 08-15 | 08-18 | 55429503229852645738526 | PAYPAL *TEMU 4029357733 MA | $103.50 |
| 08-17 | 08-18 | 55131583229828773134366 | APPLE.COM/US CUPERTINO CA | $15.00 |
| 08-18 | 08-21 | 85358483232980000989996 | FUJI SUSHI RIALTO CA | $32.12 |
| 08-18 | 08-21 | 82305093231000000143335 | SP BELLABELLE PORT TOWNSEND WA | $49.99 |
| 08-18 | 08-21 | 05436843230300268741461 | FOOD4LESS #0303 RIALTO CA | $46.55 |
| 08-19 | 08-21 | 55432863232205095264253 | CINEMARK 1147 TIX RIALTO CA | $25.20 |
| 08-19 | 08-21 | 25247803232001347162393 | IN N OUT BURGER 008 POMONA CA | $24.20 |
| 08-19 | 08-21 | 05140473232100000965340 | HOA BINH POMONA SUPE POMONA CA | $176.00 |
| 08-20 | 08-21 | 55483823233091005285369 | WAL-MART #1756 FONTANA CA | $256.94 |
| 08-21 | 08-22 | 05436843234500148019014 | PY *COFFEE NUTZZ RENAI RIALTO CA | $21.00 |
| 08-21 | 08-22 | 55547503234400603000032 | RIALTO THAI KITCHEN RIALTO CA | $26.60 |
| 08-22 | 08-24 | 55429503236852904191244 | PAYPAL *TEMU 4029357733 MA | $206.76 |
| 08-23 | 08-24 | 55432863235206034730492 | Spectrum 855-707-7328 MO | $24.99 |
| 08-23 | 08-24 | 55432863235206118105512 | SQ *HOT POT MINI WORKS Ontario CA | $28.89 |
| 08-23 | 08-24 | 05436843236400075133573 | WAL-MART #1756 FONTANA CA | $40.37 |
| 08-24 | 08-24 | 55432863236206268979871 | CNK*CINEMARK.COM 1147 800-246-3627 CA | $34.50 |
| 08-24 | 08-24 | 15270213236001033339767 | aliexpress San Mateo CA | $31.23 |
| 08-24 | 08-25 | 55436873237162378932074 | CA DMV FEE KNOXVILLE TN | $4.27 |
| 08-24 | 08-25 | 55436873237162372586827 | STATE OF CALIF DMV INT SACRAMENTO CA | $219.00 |
| 08-25 | 08-25 | 85130703236000001186773 | SP KATHARINEY TSUEN WAN DIS NT | $30.95 |
| 08-24 | 08-28 | 55429503238852012837033 | PAYPAL *TEMU 4029357733 MA | $116.74 |
| 08-24 | 08-28 | 55429503238852012538987 | PAYPAL *TEMU 4029357733 MA | $128.40 |
| 08-25 | 08-28 | 85383903238000001382768 | SP GLOWIKA LONDON LND | $59.91 |
| 08-25 | 08-28 | 55432863238206800807729 | SQ *HOT POT MINI WORKS Ontario CA | $44.64 |
| 08-26 | 08-28 | 15270213238002415534940 | Ontario Mills ONTARIO CA | $494.68 |
| 08-26 | 08-28 | 55432863238206890619851 | CNK*CINEMARK.COM 1147 800-246-3627 CA | $60.26 |
| 08-26 | 08-28 | 12302023238001720234941 | COACH 3819 Ontario CA | $52.20 |
| 08-26 | 08-28 | 55432863239071128386999 | BR FACTORY US 7983 ONTARIO CA | $52.20 |
| 08-26 | 08-28 | 52708283239819000052203 | MICHAEL KORS -224 ONTARIO CA | $151.38 |
| 08-26 | 08-29 | 55429503240852083180350 | PAYPAL *TEMU 4029357733 MA | $109.27 |
| 08-27 | 08-29 | 55432863240207575077379 | JACK IN THE BOX 0164 POMONA CA | $20.90 |
| 08-27 | 08-29 | 55429503240852134835168 | PAYPAL *HULU 4029357733 CA | $14.99 |

### Transactions

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 08-28 | 08-29 | 55432863241207716241065 | TST* Sierra Noodle Hou Fontana CA | $40.64 |
| 08-28 | 08-31 | 55429503242852151958065 | PAYPAL *TEMU 4029357733 MA | $35.62 |
| 08-29 | 08-31 | 55308763242547976681563 | SHELL OIL 10061087002 FONTANA CA | $87.05 |
| 09-01 | 09-05 | 82305093244000015444483 | LEMONADE I* LEMONADE I NEW YORK CITY NY | $9.34 |
| 09-02 | 09-05 | 55432863245209049825875 | APPLE.COM/BILL 866-712-7753 CA | $9.99 |
| 09-03 | 09-05 | 55432863246209342243015 | APPLE.COM/BILL 866-712-7753 CA | $6.99 |

### Fees Charged

| | |
|---|---|
| Total Fees for this period | $0.00 |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balance Transfers | $0.00 |
| **Total Interest for this Period** | **$0.00** |

### Charge Summary
Your Annual Percentage Rate (APR) is the annual interest rate on your account   (v) Variable rate   (f) Fixed rate

| | Annual Percentage Rate (APR) | Special Offer or Eligible Purchases APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 0.00% | NA | $4,010.63 | 33 | $0.00 |
| Cash Advance | 0.00% | NA | $0.00 | 33 | $0.00 |

### 2023 Total Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2023 | $0.00 |
| Total Interest Charged in 2023 | $16.26 |